FILED'06 AUG 28 14:53 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAMAR FRANKLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 05-778-BR<br><br><br><br>~~PROPOSED~~ ORDER FOR<br>ATTORNEY FEES |

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff will be awarded attorney fees in the amount of $2,244.70 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

///


///


///

Page 1     ORDER - [05-778-BR]

DATED this 28th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE


PRESENTED BY:


KARIN J. IMMERGUT OSB # 96314
United States Attorney
District of Oregon

NEIL J. EVANS, OSB #96551
Assistant United States Attorney

s/ Jeffrey H. Baird
_____
JEFFREY H. BAIRD
Special Assistant United States Attorney
(206) 615-2205